# IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

SHEDRICK NORTHERN,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES (HHS), et al.,

Defendants.

Case: 1:25-cv-02459
Assigned To : Unassigned
Assign. Date : 07/29/2025
Description: TRO/PI (D-DECK)

Case No. 25-CV-2459

## VERIFIED COMPLAINT FOR CIVIL RIGHTS VIOLATIONS, INJUNCTIVE RELIEF, AND EMERGENCY PROTECTION UNDER THE U.S. CONSTITUTION AND FEDERAL LAW

Filed: August 4, 2025

## I. INTRODUCTION

Plaintiff, Shedrick Northern, pro se, brings this civil rights complaint seeking emergency protection from continuing violations of the United States Constitution and federal civil rights law. Plaintiff is a disabled Black American man of Tribe of Judah descent and a federally protected whistleblower who has been retaliated against after filing complaints regarding civil rights, medical neglect, and fraud. He suffers from serious medical conditions including diabetes, AFib, and chronic hypomagnesemia that require twice-weekly infusions.

## II. JURISDICTION AND VENUE

This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331, 1343, and 1367; 42 U.S.C. §§ 1983, 12132; and 31 U.S.C. § 3730(h). Venue is proper in this District because substantial events giving rise to these claims have federal oversight implications that occurred under agencies headquartered in Washington, D.C.



RECEIVED

JUL 29 2025

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

### III. FACTUAL BACKGROUND

1. On May 16, 2025, Plaintiff presented to St. Mary Medical Center in Hobart, Indiana with critically low magnesium, chest pain, and signs of cardiac risk. He was denied care and forcibly discharged by police.
2. Officer Sgt. Paul Oliver of the Hobart Police Department brandished a firearm and removed Plaintiff despite his unstable condition.
3. Following this event, Plaintiff filed an HHS OCR complaint (No. 25-626185) and was subsequently retaliated against.
4. On July 10, 2025, OCR Director Andrea Oliver banned Plaintiff from filing future complaints without due process.
5. As a result, Plaintiff lives in fear of returning to Hobart for life-sustaining treatment and has missed infusions.
6. Plaintiff's constitutional rights, civil rights, and medical needs continue to be violated.

### IV. CLAIMS FOR RELIEF

- Count I – First Amendment Retaliation and Viewpoint Discrimination
- Count II – Violation of the Americans with Disabilities Act (ADA)
- Count III – EMTALA Violation (42 U.S.C. § 1395dd)
- Count IV – False Arrest / Abuse of Process under 42 U.S.C. § 1983
- Count V – Denial of Procedural Due Process (5th and 14th Amendments)
- Count VI – Whistleblower Retaliation under the False Claims Act (31 U.S.C. § 3730(h))

### V. PRAYER FOR RELIEF

Plaintiff respectfully requests that this Court grant the following relief:

1. 1. A Temporary Restraining Order and Preliminary Injunction preventing enforcement of the OCR ban.
2. 2. Declaratory relief holding Defendants' actions unconstitutional.
3. 3. Protection from retaliatory prosecution and harassment.
4. 4. DOJ and OIG referral for investigation of civil rights and whistleblower retaliation.
5. 5. Compensatory and punitive damages.
6. 6. Waiver of filing fees and costs under IFP status.
7. 7. All further relief the Court deems just and proper.

Respectfully submitted,

Dated: August 4, 2025

/s/ Shedrick Northern

Shedrick Northern, Pro Se

1101 Cumberland Crossing Dr., Unit 202

Valparaiso, IN 46383

shedrickchildren@gmail.com

(708) 541-8315

*Shedrick B.*
w/o prejudices

August 4th 2025